United States DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.   1. PLAINTIFF'S NAME Minister/Practitioner
        Hurley, Maureen, P. PRO SE       CIVIL ACTION
                                         NO. 

                    v

     Defendants Name Commonwealth of MA
                 OFFICE OF JURY COMMISSIONER'S
                 560 Harrison Ave.
                 Suite 600, Boston, MA. 02118-2447

## COMPLAINT

### PARTIES

1. The plaintiff is a resident of Peabody, Essex (County), MASSACHUSETT and a citizen of the United States.

2. The defendant is the Jury Commissioner's office, Boston, Suffolk County, MA. of the United States.

### Jurisdiction

2.   A federal question/suit under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States Amendment I to the Constitution.

## Facts

3.

1. I, the plaintiff Minister/Practitioner Maureen P. Hurley was summons for juror service, a Tues. March 30, 2004 at 8:30 AM, Newburyport Superior Courthouse, 1st Floor, Newburyport, MA. by the defendant, office of the Jury Commissioner's, Boston, MA.

2. I sent them a doctor's note, I the plaintiff Hurley, stating my impairments of Cancer and heart disease. I also stated its too severe for jury duty. Reminding the court, I'am a practitioner for the New Testament Faith. Faith based on scripture evidence of Rev. Ch. 22 verse 18, 19 and MATT. 19 verse 8, and the scripture I am defending is James Ch. 5 verse 13, 14. When there is sick go to the minister. Prayer and annointing done. So I the plaintiff states I can't go to any other doctor, but myself minister/Practitioner Maureen P. Hurley. Thats my religion.

3. Under the Constitution of the United States of America, I the plaintiff Hurley, Minister Doctor is afforded protection and religious freedom, siting Amendment I, in this situation, Gauranteed.

4. All general acceptable doctor's list are acceptable, but so is my doctor, myself, Minister/practitioner Maureen P. Hurley.

## Relief

Therefore because of an Amendment of the U.S. Constitution, Amendment I they the defendant office of Juror Service, Boston, MA. can't reject my Doctor. Judgement to be in my favor, an apology and no jury duty Permantently.

Your request to be disqualified from having to perform 2004 service requires further explanation or clarification. If you wish to pursue this further, a brief explanation or clarification responsive to what is indicated below must be provided on the attached return postcard and mailed to this office with a stamp immediately. Otherwise you will be expected to appear for juror service as scheduled.

Your request has been denied because:

Either you failed to include a doctor's letter explaining the nature of your illness; or we were unable to locate any records of the previous medical disqualification; or your doctor's note did not meet the guidelines as set forth in the law and which appear below. If you wish to pursue a medical disqualification from juror service you must either: submit with this card a doctor's letter which specifies your medical condition which prevents you from performing a sedentary job requiring close attention for six hours per day, with short work breaks in the morning and afternoon sessions for three consecutive business days; or provide details of your previous disqualification particularly the date of disqualification.

If you must call, please be <u>very</u> patient. We receive as many as 1300 calls per day. Our telephone number is 1-800-THE-JURY.

Respectfully,
Jury Commissioner
for the Commonwealth

APPEAR: TUESDAY, MARCH 30, 2004    AT 8:30 AM
NEWBURYPORT SUPERIOR COURTHOUSE
1ST FLOOR
BARTLETT MALL (HIGH STREET)
NEWBURYPORT MA 01950

## DISQUALIFICATION

explanation: i.e. active military service; medical internship. Include your out of state address. Usually does not apply to students.)

(7) Convicted of a felony within the past 7 years, or currently charged with a felony, or currently in custody (Write the specific charge & date of conviction. If in doubt, check with the court to see if yours was a <u>felony</u> and not a misdemeanor conviction.)

(8) Previous juror service within the past 3 years, or currently scheduled for juror service. (Write date(s) and place of prior or currently scheduled jury service. Note: This does not include jurors who were previously summonsed but canceled by mail or phone and not required to appear in court.

(9) Physically or mentally incapable of performing jury duty. A note from a doctor or Christian Science Practitioner describing the illness or disability is required. Physician guideline: A person shall be capable of performing jury duty if he or she can perform a sedentary job requiring close attention for 6 hours a day, with breaks in the morning and afternoon, for 3 consecutive days. If a permanent disability, the physician <u>must</u> identify <u>and</u> describe the disability, explain how your disability prevents you from serving, <u>and</u> further state that you will <u>never</u> be able to serve.

Page 5