UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MAUREEN P. HURLEY</u>            ,
           Plaintiff,

v.                                    Civil Action No.  04-12525-WGY

<u>OFFICE OF JURY COMMISSIONER</u>,
           Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

     Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is: GRANTED.


SO ORDERED.


 2/17/05                               /s/ William G. Young
DATE                                   WILLIAM G. YOUNG, CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT