*Young to resubmit form*

# UNITED STATES DISTRICT COURT

*had 45 days for vague claim*

1 courthouse way, Boston    District of **Massachusetts**

*rewritten Facts (3)(4)*
*Two added*

Minister/Practitioner Maureen P. Hurley
Plaintiff  PRO SE

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

employee (unknown) of
Office of Jury Commissioner's
Defendant

CASE NUMBER:

I, **Minister/Practitioner Maureen P. Hurley**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☒ No
   b. Rent payments, interest or dividends                  ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments        ☐ Yes    ☒ No
   d. Disability or workers compensation payments           ☐ Yes    ☒ No
   e. Gifts or inheritances                                 ☐ Yes    ☒ No
   f. Any other sources                                     ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

11/15/04
_____
Date

_Minister Practitioner Maureen P Hurley_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

United States DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 29 P 12:28

1. PLAINTIFF'S NAME Minister/Practitioner
   Hurley, Maureen, P.   PRO SE

CIVIL ACTION
NO. 440

V

Defendants Name Commonwealth of MA.
OFFICE OF JURY COMMISSIONER'S
560 Harrison Ave. (unknown employee)
Suite 600, Boston, MA. 02118-2447

## COMPLAINT

### PARTIES

1. The plaintiff is a resident of Peabody, Essex (County), MASSACHUSETT and a citizen of the United States.

2. The defendant is the Jury Commissioner's office, Boston, Suffolk county, MA. of the United States. (unknown employee)

### Jurisdiction

2. A federal question/suit under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States Amendment 1 to the Constitution.

## Facts

5.

1. I, the plaintiff Minister/Practitioner Maureen P. Hurley PRO SE was summons for juror service, a Tues. March 30, 2004 at 8:30 AM, Newburyport Superior Courthouse, 1st Floor, Newburyport, MA. by the defendant; office of the Jury Commissioner's, Boston, MA.

2. I sent them a doctor's note, I the plaintiff Hurley PRO SE stating my impairments of Cancer and heart disease. I also stated its too severe for jury duty. Reminding the court, I am a practitioner for the New Testament faith. Faith based on scripture evidence of Rev. Ch. 22 verse 18,19 and MATT. 19 verse 8, and the scripture I am defending is James Ch. 5 verse 13,14. When there is sick go to the minister. Prayer and annoiting done. So I the plaintiff states I can't go to any other doctor, but myself minister/practitioner Maureen P. Hurley. That's my religion.

3. The defendant, a jury Commissioner's employee (unknown) didn't accept my doctor's note and then me as a minister practitioner.

4. This was an unconstitutional act not accepting my doctor's note and me as a minister practitioner because that is the only doctor's note and doctor I can choose by scripture proof James Ch. 5 verses 13,14. My faith.

5. Under the Constitution of the United States of America, I the plaintiff, Maureen P. Hurley, minister/practitioner of my faith is afforded protection, liberty, and religious freedom. Amendment I

## Relief

By Amendment I releasement from Jury duty. Permanently.

PRO SE  Minister Practitioner
Maureen P. Hurley
72 Central ST. APT. 3
Peabody, MA 01960

(Practitioner Minister healer Maureen P. Hurley)

I the plaintiff, ask for pardon for the vague write up in the claim. Added the unconstitutional act of the defendant's, employee (unknown) from Jury Commissioner's office. Hopefully the Jury Commissioner's office will give (it's on record) the name of who handled my case. Their offical rendered decision card is on the next page. The rejection stated. I even gave another doctor's note to verify the situation, because they asked on the invalid reason card. Still rejected after.

Sincerely,       PRO SE
Minister/Practitioner
Maureen P. Hurley
March 28, 05

For Summons Reason

I feel the court should get the name of the employee who handled my case. The person doesn't give name on rendered card. Maybe just a representative could come from the office of the Jury Commissioner's.

FILED
CLERK'S OFFICE

U00145        INVALID REASON NOTICE

2005 MAR 29  P 12: 28

Your request to be disqualified from having to perform juror service requires further explanation or clarification. If you wish to pursue this further, a brief explanation or clarification responsive to what is indicated below <u>must</u> be provided on the attached return postcard and mailed to this office with a stamp immediately. Otherwise you will be expected to appear for juror service as scheduled.

DISTRICT OF MASS.

Your request has been denied because:

Either you failed to include a doctor's letter explaining the nature of your illness; <u>or</u> we were unable to locate any records of the previous medical disqualification; <u>or</u> your doctor's note did not meet the guidelines as set forth in the law and which appear below. If you wish to pursue a medical disqualification from juror service you must either: submit with this card a doctor's letter which specifies your medical condition which prevents you from performing a sedentary job requiring close attention for six hours per day, with short work breaks in the morning and afternoon sessions for three consecutive business days; <u>or</u> provide details of your previous disqualification particularly the date of disqualification.

If you must call, please be <u>very</u> patient. We receive as many as 1500 calls per day. Our telephone number is 1-800-THE-JURY.

                    Respectfully,
                    Jury Commissioner
                    for the Commonwealth

APPEAR:  TUESDAY, MARCH 30, 2004    AT 8:30 AM
         NEWBURYPORT SUPERIOR COURTHOUSE
         1ST FLOOR
         BARTLETT MALL (HIGH STREET)
         NEWBURYPORT MA 01950

# DISQUALIFICATION

explanation: i.e. active military service; medical internship. Include your out of state address. Usually does not apply to students.)

(7) Convicted of a felony within the past 7 years, or currently charged with a felony, or currently in custody (Write the specific charge & date of conviction. If in doubt, check with the court to see if yours was a <u>felony</u> and not a misdemeanor conviction.)

(8) Previous juror service within the past 3 years, or currently scheduled for juror service. (Write date(s) and place of prior or currently scheduled jury service Note: This does not include jurors who were previously summonsed but canceled by mail or phone and not required to appear in court.

(9) ✓ Physically or mentally incapable of performing jury duty. A note from a doctor or Christian Science Practitioner describing the illness or disability is required. Physician guideline: A person shall be capable of performing jury duty if he or she can perform a sedentary job requiring close attention for 6 hours a day, with breaks in the morning and afternoon, for 3 consecutive days. If a permanent disability, the physician <u>must</u> identify <u>and</u> describe the disability, explain how your disability prevents you from serving, <u>and</u> further state that you will <u>never</u> be able to serve.

--------------- **Page 5** -----------

JS 44
Rev. 12/96

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Minister/Practitioner Maureen P. Hurley
PRO SE

**DEFENDANTS**
Commonwealth of MA
Office of Jury Commissioner's
560 Harrison Ave. employee
Suffolk (unknown)

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Minister/Practitioner Maureen P. Hurley
PRO SE

ATTORNEYS (IF KNOWN)
unknown

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

TORTS — PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

TORTS — PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. 1331 Amendment I Constitution of U.S.A.
for acceptance Religious Practitioner for self

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 11/19/04
SIGNATURE OF ATTORNEY OF RECORD: Minister/Practitioner Maureen P. Hurley / PRO SE

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Minister/Practitioner Maureen P. Hurley PROSE versus Jury Commissioner's Office

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
            *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   Christian Science v. medical/court?

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?     YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)     YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?    YES    (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?     YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).     (YES)    NO

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Minister/Practitioner Maureen P. Hurley PROSE
ADDRESS 72 Central St, Peabody, MA. APT. 3
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)