```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

MAUREEN P. HURLEY,              )
         Plaintiff,             )
                                )
     v.                         )  C.A. No. 04-12525-WGY
                                )
COMMONWEALTH OF MASSACHUSETTS   )
OFFICE OF THE JURY COMMISSIONER,)
         Defendant.             )
```

MEMORANDUM AND ORDER

On February 17, 2005, I directed plaintiff Maureen Hurley to demonstrate good cause, in writing, within 42 days of the date of the electronic order, why this action should not be dismissed. The order stated, among other things, that the complaint failed to state any cognizable claim under the Constitution or laws of the United States. The order also stated that if the plaintiff is in fact claiming that the Office of the Jury Commissioner is discriminating against her on the basis of her religion, that is a matter she ought first raise in the Courts of the Commonwealth.

On March 29, 2005, Hurley filed a written response consisting of (1) the following statement written on the top of a fee-waiver application: "Young to submit again! Had 45 days for vague claim. Facts rewritten 3 & 4 <u>two added</u>;" and (2) a new complaint with two paragraphs with additional factual allegations. <u>See</u> Docket No. 4. Plaintiff again restates the facts as alleged in her original complaint and, by rewriting paragraphs three and four, attempts to clarify that her constitutional claim is brought pursuant to the First Amendment.

After carefully reviewing plaintiff's response, I find that plaintiff has failed to demonstrate any reason why this action should not be dismissed.  Thus, I find that plaintiff has failed to demonstrate good cause why this action should not be dismissed.

## ORDER

ACCORDINGLY, in accordance with this Court's order dated February 17, 2005, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby DISMISSED for the reasons stated above.

SO ORDERED.

Dated at Boston, Massachusetts this 13th day of May, 2005.

    /s/ William G. Young
    WILLIAM G. YOUNG
    CHIEF JUDGE
    UNITED STATES DISTRICT COURT