```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

MAUREEN P. HURLEY,              )
          Plaintiff,            )
                                )
     v.                         )   C.A. No. 04-12525-WGY
                                )
COMMONWEALTH OF MASSACHUSETTS   )
OFFICE OF THE JURY COMMISSIONER,)
          Defendant.            )
```

ORDER OF DISMISSAL

YOUNG, C.J.

In accordance with this Court's order dated May 13, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: 5/16/05          By  s/ Barbara Morse
                           Deputy Clerk